CLOSED

# U.S. District Court
## District of Connecticut (New Haven)
### CRIMINAL DOCKET FOR CASE #: 3:02-cr-00027-AHN-ALL

| | |
|---|---|
| Case title: USA v. Gutierrez | Date Filed: 02/05/2002 |

Assigned to: Judge Alan H. Nevas

**Defendant**

| | | |
|---|---|---|
| **Bobby Gutierrez** (1)<br>TERMINATED: 09/19/2002 | represented by | **Bobby Gutierrez**<br>14560-014<br>HU# 5702<br>FCI<br>PO BOX 2000<br>Fort Dix, NJ 08640<br>PRO SE |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE - Possession with intent to distribute cocaine base<br>(5) | Defendant pled guilty to count 5 of the indictment. Defendant shall be imprisoned for a term of 151 months. Supervised Release with special conditions for 3 years. Defendant shall immediately pay in full a Special Assessment of $100 for count 5. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE - Possession with intent to distribute cocaine base<br>(1-4) | Counts 1, 2, 3, 4, 6, 7, & 8 are dismissed on motion of the United States. |
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE- Possession with intent to distribute cocaine base<br>(6) | Counts 1, 2, 3, 4, 6, 7, & 8 are dismissed on motion of the United States. |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN - | Counts 1, 2, 3, 4, 6, 7, & 8 are |

EXHIBIT 2

| | |
|---|---|
| Possession of Firearm in furtherance of drug trafficking crime (7) | dismissed on motion of the United States. |
| 18:922A.F & 924 IMPORTING/MANUFACTURING FIREARMS-Felon in possession of a firearm (8) | Counts 1, 2, 3, 4, 6, 7, & 8 are dismissed on motion of the United States. |

**Highest Offense Level (Terminated)**
Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **James Joseph Finnerty, III** U.S. Attorney's Office-BPT 915 Lafayette Blvd. Room 309 Bridgeport, CT 06604 203-696-3000 Fax: 203-579-5550 Email: james.finnerty@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **John A. Danaher, III** U.S. Attorney's Office-HFD 450 Main St. Room 328 Hartford, CT 06103 860-947-1101 Fax: 860-240-3291 Email: john.danaher@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Kari Anne Dooley** U.S. Attorney's Office-NH 157 Church St., 23rd floor PO Box 1824 New Haven, CT 06510 203-821-3700 *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Marianne Finnerty** |

U.S. Department of Justice
Torts Branch, Civil Division
PO Box 14271
Washington, DC 20044-4271
202-616-4019
*TERMINATED: 02/05/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2002 | 1 | INDICTMENT returned in Bridgeport before WIG as to Bobby Gutierrez (1) count(s) 1-5, 6, 7, 8 . Assign to Bridgeport rotation, bench warrant as a detainer to issue. (Moore, P.) (Entered: 02/06/2002) |
| 02/06/2002 |   | ARREST Warrant issued and lodged as a detainer as to Bobby Gutierrez (Moore, P.) (Entered: 02/06/2002) |
| 02/15/2002 |   | APPLICATION for WRIT of Habeas Corpus ad Prosequendum and writ issued as to Bobby Gutierrez with order thereon. Original and two true attested copies handed USM for service. ( Signed by Mag. Judge William I. Garfinkel ) (Barrille, J.) (Entered: 02/19/2002) |
| 02/19/2002 |   | ARREST of Bobby Gutierrez (Barrille, J.) (Entered: 02/20/2002) |
| 02/19/2002 | 2 | Initial presentment held as to Bobby Gutierrez Defendant informed of rights. ( HBF) (Barrille, J.) (Entered: 02/20/2002) |
| 02/19/2002 |   | PLEA entered. Not Guilty: Bobby Gutierrez (1) count(s) 1-5, 6, 7, 8 Defendant's motions due 3/12/02; Government's responses due 3/19/02; Jury selection set for 4/16/02; Defendant detained; Court accepts plea. HBF) (Barrille, J.) (Entered: 02/20/2002) |
| 02/19/2002 |   | MOTION in open court by USA as to Bobby Gutierrez for Pretrial Detention (Barrille, J.) (Entered: 02/20/2002) |
| 02/19/2002 | 3 | ORDER OF DETENTION [0-0] oral motion for Pretrial Detention as to Bobby Gutierrez (1) ( Signed by Mag. Judge Holly B. Fitzsimmons ) (Barrille, J.) (Entered: 02/20/2002) |
| 03/08/2002 | 4 | MARSHAL'S RETURN of service on Warrant lodged as detainer executed as to Bobby Gutierrez on 2/19/02 (Montz, A.) (Entered: 03/12/2002) |
| 04/23/2002 | 5 | MOTION by Bobby Gutierrez to Postpone Jury Selection until 6/5/02 (Gutierrez, Y.) (Entered: 04/24/2002) |
| 04/26/2002 |   | ENDORSEMENT denying [5-1] motion to Postpone Jury Selection until 6/5/02 as to Bobby Gutierrez (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 04/26/2002) |
| 05/01/2002 | 6 | Call of the Calendar as to Bobby Gutierrez held and jury selection continued (Montz, A.) (Entered: 05/01/2002) |

| | | |
|---|---|---|
| 05/01/2002 | | Jury selection set for 9:00 6/5/02 for Bobby Gutierrez ( AHN) (Montz, A.) (Entered: 05/01/2002) |
| 05/01/2002 | 7 | WAIVER of Speedy Trial by Bobby Gutierrez to Continue pursuant to 18:3161(h)(8) (Krajcik, R.) (Entered: 05/01/2002) |
| 05/01/2002 | | ENDORSEMENT granting [7-1] waiver to Continue pursuant to 18:3161(h)(8) Time Excluded from 2/19/02 to 6/5/02 as to Bobby Gutierrez (1) ( Signed by Judge Alan H. Nevas ) (Krajcik, R.) (Entered: 05/01/2002) |
| 06/04/2002 | 8 | WAIVER of Speedy Trial by Bobby Gutierrez to Continue pursuant to 18:3161(h)(8) from 6/5/02 to 7/3/02 (Barrille, J.) (Entered: 06/04/2002) |
| 06/04/2002 | 9 | Call of the Calendar as to Bobby Gutierrez held. Jury Selection continued to July 2, 2002 (Montz, A.) (Entered: 06/10/2002) |
| 06/04/2002 | | Jury selection as to Bobby Gutierrez set for 9:00 7/2/02 for Bobby Gutierrez ( AHN) (Montz, A.) (Entered: 06/10/2002) |
| 06/05/2002 | | ENDORSEMENT granting [8-1] waiver to Continue pursuant to 18:3161(h)(8) from 6/5/02 to 7/3/02 Time Excluded from 6/5/02 to 7/3/02 as to Bobby Gutierrez (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 06/06/2002) |
| 07/01/2002 | 10 | Change of Plea as to Bobby Gutierrez held Request to change plea entered earlier - GRANTED. ( AHN) (Barrille, J.) (Entered: 07/02/2002) |
| 07/01/2002 | 11 | Plea Agreement Letter as to Bobby Gutierrez (Barrille, J.) (Entered: 07/02/2002) |
| 07/01/2002 | | PLEA entered. PLEA of GUILTY: Bobby Gutierrez (1) count(s) 1-5 Sentencing set for 9:00 9/19/02 for Bobby Gutierrez Defendant detained; Court accepts plea. ( AHN) (Barrille, J.) (Entered: 07/02/2002) |
| 07/01/2002 | 12 | MOTION by USA as to Bobby Gutierrez for approval of appearance of law student intern (Barrille, J.) (Entered: 07/02/2002) |
| 07/01/2002 | 13 | ORDER granting [12-1] motion for approval of appearance of law student intern as to Bobby Gutierrez (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 07/02/2002) |
| 09/19/2002 | 14 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Bobby Gutierrez PSI may be unsealed and returned to US Probation Office after 10 days if no appeal has been filed. (document filed separate from case file) (Barrille, J.) (Entered: 09/20/2002) |
| 09/19/2002 | 15 | Sentencing held Bobby Gutierrez (1) count(s) 5 ( AHN) (Barrille, J.) (Entered: 09/20/2002) |
| 09/19/2002 | 16 | JUDGMENT as to Bobby Gutierrez (1) count(s) 5. Defendant pled guilty to count 5 of the indictment. Defendant shall be imprisoned for a term of 151 months. Supervised Release with special conditions for 3 years. Defendant shall immediately pay in full a Special Assessment of $100 for count 5. ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 09/24/2002) |

| Date | Doc # | Description |
|---|---|---|
| 09/19/2002 | | DISMISSAL of Count(s) as to Bobby Gutierrez Counts Dismissed: Bobby Gutierrez (1) count(s) 1-4, 6, 7, 8 (Barrille, J.) (Entered: 09/24/2002) |
| 09/19/2002 | 17 | MOTION by USA as to Bobby Gutierrez to Dismiss counts 1, 2, 3, 4, 6, 7, 8 (Barrille, J.) (Entered: 09/25/2002) |
| 09/19/2002 | 19 | Sealed document as to Bobby Gutierrez (document filed separate from the case file) (Barrille, J.) (Entered: 10/21/2002) |
| 09/26/2002 | | ENDORSEMENT granting [17-1] motion to Dismiss counts 1, 2, 3, 4, 6, 7, 8 as to Bobby Gutierrez (1) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 09/26/2002) |
| 09/30/2002 | | Pre Sentence Report returned to U.S. Probation Office as to Bobby Gutierrez (Barrille, J.) (Entered: 09/30/2002) |
| 10/04/2002 | 18 | Acknowledged Receipt of PSI as to Bobby Gutierrez (Barrille, J.) (Entered: 10/04/2002) |
| 10/04/2002 | 21 | MOTION by Bobby Gutierrez for correction of sentence (Barrille, J.) (Entered: 02/26/2003) |
| 10/10/2002 | 22 | RESPONSE by USA as to Bobby Gutierrez re [21-1] motion for correction of sentence (Barrille, J.) (Entered: 02/26/2003) |
| 11/04/2002 | 20 | ORDER Denying letter dated 10/4/02 for correction of sentence as to Bobby Gutierrez ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 11/05/2002) |
| 02/05/2003 | | SPECIAL ASSESSMENT in the amount of $ 100.00 paid in full as to Bobby Gutierrez . Receipt # B005573 (Gutierrez, Y.) (Entered: 02/21/2003) |
| 04/30/2003 | 23 | MARSHAL'S RETURN of service on Writ executed as to Bobby Gutierrez on 9/19/02 (Barrille, J.) (Entered: 05/05/2003) |
| 08/25/2003 | 24 | TRANSCRIPT of proceedings held on September 19, 2002 as to Bobby Gutierrez ( Court Reporter: Bowles) (Montz, A.) (Entered: 08/26/2003) |
| 09/22/2003 | 25 | MOTION by Bobby Gutierrez to Vacate under 28 U.S.C. 2255 ( Civil Action # 3:03cv1622) (Barrille, J.) (Entered: 09/29/2003) |
| 09/30/2003 | 26 | ORDER TO SHOW CAUSE as to Bobby Gutierrez re: [25-1] motion to Vacate under 28 U.S.C. 2255 Response due by 12/1/03 ( Signed by Judge Alan H. Nevas ) (Gutierrez, Y.) (Entered: 10/01/2003) |
| 11/26/2003 | 29 | MOTION for Extension of Time to Respond as to [25] Motion to Vacate (2255) by USA as to Bobby Gutierrez. (Barrille, J.) (Entered: 12/31/2003) |
| 12/05/2003 | 27 | TRANSCRIPT of Change of Plea as to Bobby Gutierrez held on 7/1/02 before Judge Nevas. Court Reporter: Bowles Reporting Service. (Barrille, J.) (Entered: 12/09/2003) |
| | | |

| | | |
|---|---|---|
| 12/09/2003 | 28 | NOTICE by USA as to Bobby Gutierrez re [25] Motion to Vacate (2255) (Barrille, J.) (Entered: 12/23/2003) |
| 12/22/2003 | 30 | MOTION for Extension of Time to File Response as to [26] Order to Show Cause by USA as to Bobby Gutierrez. (Barrille, J.) (Entered: 01/07/2004) |
| 12/23/2003 | 31 | ENDORSEMENT ORDER as to Bobby Gutierrez approved 28 Notice filed by USA, 29 MOTION for Extension of Time to File Reply as to [25] Motion to Vacate (2255) filed by USA, replies due by 12/19/2003.. Signed by Judge Alan H. Nevas on 12/23/03. (Gutierrez, Y.) (Entered: 01/09/2004) |
| 12/29/2003 | 32 | RESPONSE by USA as to Bobby Gutierrez re [25] Motion to Vacate (2255) (Gutierrez, Y.) (Entered: 01/14/2004) |
| 01/05/2004 | 33 | ENDORSEMENT ORDER as to Bobby Gutierrez granting 29 MOTION for Extension of Time to File Response as to [25] Motion to Vacate (2255) filed by USA . Signed by Judge William I. Garfinkel on 01/05/04. (Gutierrez, Y.) (Entered: 01/15/2004) |
| 01/07/2004 | 35 | USM Return of Service on Order to Show Cause executed as to Bobby Gutierrez on 10/16/03 (Barrille, J.) (Entered: 01/20/2004) |
| 01/07/2004 | | USM Return of Service on Order to Show Cause executed as to Bobby Gutierrez on 10/16/03 (Barrille, J.) (Entered: 01/20/2004) |
| 01/07/2004 | 36 | USM Return of Service on Order to Show Cause executed as to Bobby Gutierrez on 1/5/04 (Barrille, J.) (Entered: 01/20/2004) |
| 01/09/2004 | 34 | Endorsement ORDER granting 30 Motion for Extension of Time to File Response as to Bobby Gutierrez (1). Signed by Judge Alan H. Nevas on 1/7/04. (Barrille, J.) (Entered: 01/16/2004) |
| 07/21/2004 | 37 | RESPONSE by USA as to Bobby Gutierrez re [25] Motion to Vacate (2255) (Gutierrez, Y.) (Entered: 07/27/2004) |
| 08/12/2004 | 38 | MOTION for Judgment on Pleading re [25] Motion to Vacate (2255); MOTION for Evidentiary Hearing by Bobby Gutierrez. (Gutierrez, Y.) (Entered: 08/13/2004) |
| 04/26/2005 | 39 | RULING denying [25] Motion to Vacate (2255) as to Bobby Gutierrez (1). Signed by Judge Alan H. Nevas on 4/26/05. (Gutierrez, Y.) (Entered: 04/28/2005) |
| 01/10/2006 | 40 | Memorandum in Support by Bobby Gutierrez re [25] Motion to Vacate (2255) (Attachments: # 1 Exhibit)(Barrille, J.) (Entered: 01/13/2006) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 01/20/2006 11:39:59 |

| PACER Login: | us1342 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:02-cr-00027-AHN |
| Billable Pages: | 5 | Cost: | 0.40 |