IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

BOBBY GUTIERREZ,
    Petitioner,

:
:   Crim. No. 3:02CR27(AHN)
:   Civ. No. 3:03CVL622(AHN)

vs.

UNITED STATES OF AMERICA,
    Respondent.

2006 MAR 30 P 2:53

## NOTICE OF APPEAL

Comes now the Petitioner and Notices an Appeal to the Final Judgment Entered March 9, 2006.

Done this 27 day of March 2006 at FCI Fort Dix NJ.

## CERTIFICATE OF SERVICE

I Bobby Gutierrez do hereby certify that the original copy of Notice of Appeal was sent to the Clerks Office upon the address of U.S. District Court U.S. Courthouse, 915 Lafayette Boulevard Brideport, CT 06604 by U.S. First Class Mail this 3-27-06 day of March 2006.

/S/ Bobby Gutierrez
Bobby Gutierrez