D. Conn. (New Haven)
02-cr-0027
Nevas, J.

# MANDATE

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 15 day of November two thousand six,

Present:

    Hon. Pierre N. Leval,
    Hon. José A. Cabranes,
        *Circuit Judges,*
    Hon. Jed S. Rakoff,*
        *District Judge.*



FILED NOV 15 2006
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

Bobby Gutierrez,

    Petitioner-Appellant,

v.                                            06-2772-cr

United States of America,

    Respondent-Appellee.

    Petitioner, pro se, seeks in forma pauperis ("IFP") status in his appeal from the district court's dismissal of his successive 28 U.S.C. § 2255 motion. Upon due consideration, it is ORDERED that the motion is denied and the appeal is dismissed. The district court properly construed Petitioner's motion as successive. Even if the district court erred in dismissing the motion and not transferring it to this Court, see Corrao v. United States, 152 F.3d 188, 190 (2d Cir. 1998), transfer would have been futile since authorization to file a successive § 2255 motion would not have been warranted. See 28 U.S.C. § 2255 ¶ 8; 28 U.S.C. § 2244(b)(3).

FOR THE COURT:
Thomas W. Asreen, Acting Clerk

By: *[signature]*
Richard Alcantara, Deputy Clerk

*The Honorable Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.

SAO-HZ

NOV 15 2006

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by *[signature]*
DEPUTY CLERK

Mandate 1/10/2007