UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:02CR27(AHN) |
| | : | |
| BOBBY GUTIERREZ | : | April 2, 2008 |

## NOTICE OF APPEARANCE

Please enter the appearance of Sandra S. Glover, Assistant United States Attorney, as co-counsel for the United States of America, in the above-referenced case.

                            Respectfully submitted,

                            KEVIN J. O'CONNOR
                            UNITED STATES ATTORNEY


                            SANDRA S. GLOVER
                            ASSISTANT UNITED STATES ATTORNEY
                            Federal Bar No. ct24354
                            23d Floor
                            157 Church Street
                            New Haven, Connecticut  06510
                            (203) 821-3700
                            Sandra.Glover@usdoj.gov


By:            RAHUL KALE
                ASSISTANT UNITED STATES ATTORNEY
                Federal Bar No. phv0256
                915 Lafayette Blvd.
                Bridgeport, CT 06604

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 2nd day of April, 2008, I caused a copy of the foregoing Notice to be sent by first-class mail, postage prepaid, to the following:

Bobby Gutierrez
Federal Reg. #14560-014
FCI McKean
P.O. Box 8000
Bradford, PA 16701

Megan Chester
U.S. Probation Officer
157 Church Street, 22nd Floor
New Haven, CT 06510

_____
RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY