UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


BOBBY GUTIERREZ, Petitioner                      U.S. COURT HOUSE
Register No. 14560-014                               Room 735
FCI McKean                                        415 Main Street
P.O. Box 8000                                   Hartford, CT 06103
Bradford, PA 16701

                                                 U.S. COURTHOUSE
                                                    Room 200
                                                915 Lafayette Blvd.
                                             Bridgeport, CT 06604


                         April 4, 2008



TO:    The Honorable Alan H. Nevas
       Senior U.S. District Judge

FROM:  Bobby Gutierrez, #14560-014
       Defendant/Petitioner in Referenced Matter

RI.    GUTIERREZ, Bobby
       DKT. No. 3:03cr00027(AHN)
       **CRACK RETROACTIVITY (AMENDMENT 706)**

In the above referenced matter, the Probation Department has
submitted a Memorandum before the Court dated March 1, 2008 in
which it contends that the amendment to the crack cocaine
guideline as authorized by Amendment 706 is not applicable to my
current prison sentence because I was sentenced as a career
offender pursuant to U.S.S.G. § 4B1.1(b)(c).

I respectfully ask that your Honor reject the assertion made by
the Probation Office regarding my eligibility to benefit from the
changes effectuated by Amendment 706 and proceed with ruling on
the pro se § 3582(c)(2) motion that is presently before the
Court.  My pro se § 3582(c)(2) motion precisely addresses the
Probation Office's concerns, and offers sufficient information
from which the Court can adequately decide whether the Probation
Office's concern has any merit.

Thank you.

_Bobby Gutierrez_                    4-7-08
Bobby Gutierrez (pro se)

cc: Ms. Megan Chester
    Probation Officer