IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2008 AUG -8  P 2:52
U.S. DISTRICT COURT
BRIDGEPORT, CONN

BOBBY GUTIERREZ

    Movant

v.                                      Case No.: 3:02-cr-27(AHN)
                                            3:03-cv-1622(AHN)

UNITED STATES OF AMERICA

    Respondent.
_____/

SECOND SUPPLEMENTAL MOTION TO MOVANT'S FIRST SUPPLEMENTAL TITLE 18 U.S.C. SECTION 3582(C)(2)
================================================================================

COMES NOW, Movant files this second supplemental motion, section 3582(c)(2) motion, based on **Haines v. Kerner,** 404 U.S. 519 because he is a layman of the law, unskilled in the law and therefore, request that this second supplement be construed liberally.

Movnat, Gutierrez, presently has a title a 18 U.S.C. section 3582(c)(2) motion before the Honorable U.S. District Court.  Movnat, supplements **United States v. Boardman,** 1st cir. no.07-1030, 6/11/08.  A recent case in the first circuit give a potential opening for crack offenders that have the career offender status.  U.S. federal Judges are now free to impose lower sentences

-1-

on career offenders according to the U.S. Court of Appeals for the First Circuit. The court states that the lesson from the U.S. Supreme Court's recent decision regarding crack cocaine sentences is that district Judge may deviate from the guidelines even on the basis of categorical policy disagreements with its now advisory provisions. See also **Kimbrough v. United States,** 128 S.CT. 558, (2007); **United States v. Gall,** 596(2007); **United States v. Spurlock,** no. 1: cr-02-187-07, 2008 WL 1805750, at *5 and n.3 (M.D.PA April 18, 2008)("we thus reject the argument that the commission did not intend that the Amendment apply to career offender"). **United States v. Jones,** 2007,WL 2703122 (D.KAN. Sept. 17, 2007); **United States v. Polanco,** WL 144825 *2 (S.D.N.Y. January 15, 2008) 782739 (7th Cir. Mar. 26, 2008).

Movant continues to strive to better himself while incarcerated, by taking advantage of any and all necessary programs available to him. Movant, is not a public safety threat to the public. Movant is also not a problem inmate while in prison and respects prison staff and other inmates alike. Movant is not a problem inmate. Movant has good family ties and is a God fearing man and attends Religious services on a regular basis.

## CONCLUSION

Movant hopes and prays for a reduction in his sentence, based on all of the mentioned facts in this second supplemental motion.

RESPECTFULLY SUBMITTED,

Bobby Gutierrez
#14560-014

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on 4th day of August 2008, Movant mail, a copy of this document to the following:

Mr. Rahul Kale
Assistant U.S. Attorney
915 Lafayette Blvd.
Bridgeport, CT. 06604

Bobby Gutierrez #14560-014
P.O. Box 1032
Coleman FCI Med.
Coleman, Fl. 33521-1032